IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE SMITH | : | CIVIL ACTION NO. 1:CV-13-3018 |
| **Plaintiff** | : | |
| | : | **(JUDGE KANE)** |
| | : | **(Magistrate Judge Schwab)** |
| **v.** | : | |
| | : | |
| NEWBERRY TOWNSHIP POLICE | : | |
| DEPARTMENT, et al. | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a May 5, 2014 Report and

Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, this 29th day of May, 2014, upon review of the record and the applicable

law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Schwab.

2) Plaintiff 's motions to remand (Doc. Nos. 6 & 14) based on lack of subject-

matter jurisdiction are **DENIED**.

3) Defendants' motion to dismiss (Doc. No. 4) is **GRANTED**.  The Court declines

to exercise supplemental jurisdiction over the state-law claims.  The state-law claims

are **REMANDED** to the Court of Common Pleas of York County, Pennsylvania.

4)  The Clerk of Court shall close the file.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania